# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR02-0027-LRR |
| vs. | |
| JULIAN D. GIBBS, | ORDER |
| Defendant. | |

This matter appears before the court on the defendant's request for order nunc pro tunc (docket no. 25). The defendant filed such request on July 9, 2009. The instant request does not comply with the local rules. A request, that is, a motion, must be accompanied by a brief that cites relevant authority. Accordingly, the defendant's request for order nunc pro tunc is denied without prejudice. Before filing a motion, the defendant should consider whether the court or the Bureau of Prisons is able to provide the relief that he seeks. *See e.g., Fegans v. United States*, 506 F.3d 1101 (8th Cir. 2007).

**IT IS SO ORDERED**.

**DATED** this 20th day of July, 2009.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA